UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----

DAVID BLANTON,  No. 2:09-cv-01832-MCE-KJM

    Plaintiff,

  v.  **ORDER**

COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, CHRIS BITTLE, DONALD BRICKER, KENNETH KING, and CRYSTAL FISCHER BRADNAX, SERVICE CENTER, INDIVIDUALLY AND AS ADMINISTERED BY SEDGWICK CMS, SEDGWICK CMS, AND AT&T INCOME DISABILITY PLAN,

    Defendants.

----oo0oo----

Presently before the Court is Plaintiff David Blanton's Motion for Further Extension of the time within which to serve Defendant Crystal Fischer Bradnax with a copy of the Summons and First Amended Complaint in this matter. The Court previously extended the time within which Defendant Bradnax could be served until September 22, 2010.

1

1    According to Plaintiff's motion, because of various
difficulties in locating Defendant Bradnax, he was not able to
effectuate service until September 23, 2010, one day after the
previously imposed deadline had expired.  Plaintiff now seeks
relief from that deadline so that the service he made on Bradnax
will be deemed timely.  No opposition has been filed to
Plaintiff's Motion.

   Given the lack of any opposition, and good cause appearing,
Plaintiff's Motion for Further Extension (ECF No. 19) is hereby
GRANTED.[1]  The time for Plaintiff to serve Defendant Crystal
Fischer Bradnax is extended to and including September 23, 2010.

   IT IS SO ORDERED.

Dated: December 21, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, the Court ordered this matter submitted on the briefing.  E.D. Cal. Local Rule 230(g).

2