1  ANTHONY T. CASO, No. 88561
   Law Office of Anthony T. Caso
2  8001 Folsom Boulevard, Suite 100
   Sacramento, California 95826
3  Telephone: (916) 386-4432
   Facsimile: (916) 307-5164
4  E-Mail: tom@caso-law.com

5  Attorney for David Blanton

6  LONGYEAR, O'DEA AND LAVRA, LLP
   John A. Lavra, CSB No. 114533
7  Jeri L. Pappone, CSB No. 210104
   Amy B. Lindsey-Doyle CSB No. 242205
8  3620 American River Drive, Suite 230
   Sacramento, CA 95864
9  Telephone: (916) 974-8500

10 Attorneys for Defendants
   County of Sacramento, Sacramento County Sheriff's
11 Department, Chris Bittle, Donald Bricker, and Kenneth King

12
                        UNITED STATES DISTRICT COURT
13
                        EASTERN DISTRICT OF CALIFORNIA
14

15
   DAVID BLANTON,                              ) Case No.: 2:09-CV-01832-MCE-KJM
16                                             )
              Plaintiff,                       )
17                                             ) **STIPULATION AND ORDER TO AMEND**
         v.                                    )        **THE SCHEDULING ORDER**
18                                             )
   COUNTY OF SACRAMENTO,                       ) .
19 SACRAMENTO COUNTY SHERIFF'S                 )
   DEPARTMENT, CHRIS BITTLE, DONALD            )
20 BRICKER, KENNETH KING, and                  )
   CRYSTAL FISCHER BRADNAX,                    )
21            Defendants.                      )
                                               )
22

23

24       Plaintiff and Defendants County of Sacramento (erroneously sued as the Sacramento County

25 Sheriff's Department), Chris Bittle, Donald Bricker and Kenneth King by and through their

26 respective counsel hereby stipulate and request changes to the current Status (Pretrial Scheduling)

27 Order. Defendant Crystal Fischer Bradnax was served via substituted service on September 23,

28 2010, and has yet to appear in this action.

Stipulation to Amend Scheduling Order – No. 2:09-CV-01832-MCE-KJM

1

Good cause exists for the modification to permit the Plaintiff to take properly noticed depositions that due to scheduling conflicts of the parties and their counsel cannot occur until after the current discovery deadline of August 4. Defendants have already conducted written discovery and taken the deposition of Plaintiff, thereby completing its intended discovery. Plaintiff has timely propounded his written discovery and timely noticed certain depositions. Counsel have met and conferred and in accommodation of the witnesses schedules and the schedules of counsel, the properly noticed depositions cannot occur until after August 4.

In order to facilitate agreement between the parties on the scheduling of remaining depositions, the parties stipulate to a change in the court's scheduling order as follows:

1. No new discovery will be propounded after July 5, 2011.

2. Depositions properly noticed prior to the current discovery deadline of August 4, 2011 may be taken after said deadline to accommodate scheduling conflicts;

3. The discovery cutoff for obtaining and enforcing discovery motions related to depositions as identified within paragraph 2 above shall be 60 days following the final deposition.

4. All other discovery, including any motions related to any written discovery are subject to the current discovery cut off of August 4, 2011.

DATED: June 24, 2011.

Respectfully submitted,

ANTHONY T. CASO

/s/ ANTHONY T. CASO
Attorney for Plaintiff

LONGYEAR, O'DEA AND LAVRA, LLP

/s JOHN LAVRA
Attorneys for Defendants, County of Sacramento, Chris Bittle, Donald Bricker, and Kenneth King

# ORDER

Based on the stipulation between the parties, the scheduling order is hereby amended as follows:

1. No new discovery will be propounded after July 5, 2011.

2. Depositions properly noticed prior to the current discovery deadline of August 4, 2011 may be taken up to sixty (60) days following said deadline to accommodate scheduling conflicts;

3. The discovery cutoff for obtaining and enforcing discovery motions related to depositions as identified within paragraph 2 above shall be sixty (60) days following the final deposition.

4. All other discovery, including any motions related to any written discovery, are subject to the current discovery cut off of August 4, 2011.

IT IS SO ORDERED.

DATE:  June 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE