UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BLANTON, | No. 2:09-cv-01832-MCE-CKD |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

YOU ARE HEREBY NOTIFIED the June 4, 2012 jury trial is vacated and continued to **September 17, 2012,** at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **June 28, 2012.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the April 5, 2012 Final Pretrial Conference is vacated and continued to **July 12, 2012,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **June 21, 2012,** and shall comply with the procedures outlined in the Court's May 11, 2010 Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is

///

1

mandatory for the Final Pretrial Conference.  Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **June 21, 2012**.  Oppositions must be filed by **June 28, 2012** and any reply must be filed by **July 5, 2012**.  The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2