1  ANTHONY T. CASO, No. 88561
   Law Office of Anthony T. Caso
2  8001 Folsom Boulevard, Suite 100
   Sacramento, California 95826
3  Telephone: (916) 386-4432
   Facsimile: (916) 307-5164
4  E-Mail: tom@caso-law.com

5  Attorney for David Blanton

6  LONGYEAR, O'DEA AND LAVRA, LLP
   John A. Lavra, CSB No. 114533
7  Jeri L. Pappone, CSB No. 210104
   Amy B. Lindsey-Doyle CSB No. 242205
8  3620 American River Drive, Suite 230
   Sacramento, CA 95864
9  Telephone: (916) 974-8500

10 Attorneys for Defendants
   County of Sacramento, Sacramento County Sheriff's
11 Department, Chris Bittle, Donald Bricker, and Kenneth King

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DAVID BLANTON, | ) Case No.: 2:09-CV-01832-MCE-CKD |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO** |
|  | ) **DISMISS KENNETH KING** |
| COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, CHRIS BITTLE, DONALD BRICKER, KENNETH KING, and CRYSTAL FISCHER BRADNAX, | ) . |
| Defendants. | ) |

///

///

///

///

///

Stipulation Order re Dismiss King – No. 2:09-CV-01832-MCE-CKD

1

It is hereby stipulated between plaintiff DAVID BLANTON and defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, CHRIS BITTLE, and DONALD BRICKER that defendant KENNETH KING may be dismissed from this matter with prejudice.

DATED:  November 16, 2011.

Respectfully submitted,

ANTHONY T. CASO

/s/ ANTHONY T. CASO
Attorney for Plaintiff

LONGYEAR, O'DEA AND LAVRA, LLP

/s AMY B. LINDSEY-DOYLE
Attorneys for Defendants, County of Sacramento, Chris Bittle, Donald Bricker, and Kenneth King

**ORDER**

Defendant Kenneth King is dismissed with prejudice from all causes of action in the First Amended Complaint.

Dated:  November 22, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE