UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BLANTON, | No. 2:09-cv-01832-MCE-CKD |
| Plaintiff, | |
| v. | <u>ORDER CONTINUING FINAL PRETRIAL CONFERENCE</u> |
| COUNTY OF SACRAMENTO, ET AL., | |
| Defendants. | |
| _____/ | |

    YOU ARE HEREBY NOTIFIED the jury trial confirmed for **September 17, 2012** at 9:00 a.m. in Courtroom 7.  The trial is confirmed for seven (7) days.  The parties shall file trial briefs not later than **July 26, 2012**.  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the July 12, 2012 Final Pretrial Conference is vacated and continued to **August 9, 2012,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **July 19, 2012** and shall comply with the procedures outlined in the Court's  Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **July 19, 2012**.  Oppositions must be filed by **July 26, 2012** and any reply must be filed by **August 2, 2012**.  The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: June 14, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE