1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID BLANTON,                       No. 2:09-cv-01832-MCE-CKD

12            Plaintiff,

13       v.                               ORDER CONTINUING FINAL PRETRIAL
                                          CONFERENCE
14   COUNTY OF SACRAMENTO, ET AL.,

15            Defendants.
     _____/
16

17       YOU ARE HEREBY NOTIFIED the jury trial confirmed for

18   **September 17, 2012** at 9:00 a.m. in Courtroom 7.  The trial is

19   confirmed for seven (7) days.  The parties shall file trial

20   briefs not later than **July 26, 2012**.  Counsel are directed to

21   Local Rule 285 regarding the content of trial briefs.

22       Accordingly, the July 12, 2012 Final Pretrial Conference is

23   vacated and continued to **August 9, 2012,** at **2:00 p.m.** in

24   Courtroom 7.  The Joint Final Pretrial Statement is due not later

25   than **July 19, 2012** and shall comply with the procedures outlined

26   in the Court's  Pretrial Scheduling Order.  The personal

27   appearances of the trial attorneys or person(s) in pro se is

28   mandatory for the Final Pretrial Conference.

                                    1

1 | Telephonic appearances for this hearing are not permitted.

2 |      Any evidentiary or procedural motions are to be filed by

3 | **July 19, 2012.**   Oppositions must be filed by **July 26, 2012** and

4 | any reply must be filed by **August 2, 2012.**   The motions will be

5 | heard by the Court at the same time as the Final Pretrial

6 | Conference.

7 |      IT IS SO ORDERED.

8 | 

 Dated: June 14, 2012

9 | 

10 | 

11 |             MORRISON C. ENGLAND, JR.
            UNITED STATES DISTRICT JUDGE

2